UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

                    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
74.71.34.191,

                    Defendant.

------------------------------------------------------------X

Case No. 1:18-cv-00477-KBF

*Order*

*These cases are not "related" according to the district's rules, requiring any coordination or consolidation before a single judge.*

*KB.*
*USDJ*
*2/5/18*

## NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent Copyright Infringement case related to the cases listed below.

Plaintiff respectfully suggests that the following cases are related because they each involve the same Plaintiff, Strike 3 Holdings, LLC, and near identical allegations against a John Doe Defendant. In each case, Plaintiff alleges that a John Doe Defendant, presently known to Plaintiff only by his or her IP address, directly infringed its copyrights through the BitTorrent protocol. Because each Defendant is known only by an IP address, in each case Plaintiff intends to seek leave to subpoena Defendant's Internet Service Provider prior to a Rule 26(f) conference in order to learn Defendant's identity so that Plaintiff may proceed with its case. While Plaintiff believes the above common factors may make the following cases related, it does note that each case involves a different Defendant and the cases involve the infringement of different copyrights.

The following cases are pending before this Court:

1.     Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-07343-LLS;

1